UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD MILOR,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C12-0933-JLR-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including November 2, 2012, to file Plaintiff's opening brief;

- Defendant shall have up to and including November 30, 2012, to file Defendant's responsive brief; and

//

//

Page 1     ORDER - [C12-0933-JLR-MAT]

- Plaintiff shall have up to and including December 14, 2012, to file Plaintiff's optional reply brief

DATED this 24th day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Gerald J. Hill
GERALD J. HILL
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
gerald.j.hill@ssa.gov