UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD MILOR,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C12-0933-JLR-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including November 2, 2012, to file Plaintiff's opening brief;

- Defendant shall have up to and including November 30, 2012, to file Defendant's responsive brief; and

//

//

Page 1    ORDER - [C12-0933-JLR-MAT]

- Plaintiff shall have up to and including December 14, 2012, to file Plaintiff's optional reply brief

DATED this <u>24th</u> day of September, 2012.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Gerald J. Hill
GERALD J. HILL
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
gerald.j.hill@ssa.gov