01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09   CHRISTOPHER EDWARD MILOR,            )
                                          )   CASE NO. C12-0933-JLR-MAT
10        Plaintiff,                      )
                                          )
11        v.                              )
                                          )   REPORT AND RECOMMENDATION
12   MICHAEL ASTRUE,                      )
     Commissioner of Social Security,     )
13                                        )
          Defendant.                      )
14   _____ )

15         Plaintiff brought this action to seek judicial review of the denial of his application for

16   Disability Insurance Benefits by the Commissioner of the Social Security Administration.  The

17   parties have now stipulated that this case should be reversed and remanded pursuant to sentence

18   six of 42 U.S.C. § 405(g) because plaintiff had good cause for not submitting the new and

19   material July 12, 2012 decision of the Department of Veterans Affairs (VA) finding plaintiff

20   unemployable effective December 24, 2008, prior to filing the Complaint in this case.  (Dkt.

21   19.)

22         Based on the stipulation of the parties, the Court recommends this case be REVERSED

REPORT AND RECOMMENDATION
PAGE -1

and REMANDED for further administrative proceedings pursuant to sentence six of § 405(g). The Appeals Council will remand the case for a de novo hearing. The parties stipulate that, on remand, the Administrative Law Judge will: (1) provide plaintiff with the opportunity for a new hearing; (2) evaluate and assess the July 12, 2012 VA decision and the VA medical evidence submitted to the Appeals Council; (3) reevaluate and determine the weight to give the opinion of David Slagle, Ph.D.; (4) obtain further evidence from Dr. Slagle if necessary; (5) obtain evidence from a medical expert if necessary; and (6) obtain any necessary additional vocational evidence. Plaintiff and the ALJ may produce additional evidence and raise additional issues on remand. Also, upon receipt of the Court's Order of Remand, the Appeals Council shall promptly enter the July 12, 2012 VA decision into the record and ensure that plaintiff and plaintiff's attorney are notified of their further rights. (Dkt. 19.)

The Court will retain jurisdiction over the action pending further administrative development of the record. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98-102 (1991). If the outcome of a de novo hearing is unfavorable to plaintiff, plaintiff may seek judicial review by reinstating this case, rather than filing a new complaint. A proposed order accompanies this Report and Recommendation.

DATED this <u>1st</u> day of November, 2012.

Mary Alice Theiler
United States Magistrate Judge