```
____FILED      ____ENTERED
____LODGED     ____RECEIVED
```

**NOV 13 2012**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

12-CV-00933-INFO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER EDWARD MILOR, | ) |
| | ) CASE NO. C12-0933-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 19.) It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REMANDS this matter for further administrative proceeding pursuant to sentence six of 42 U.S.C. § 405(g); and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of November, 2012.

```
              /s/ James L. Robart
              JAMES L. ROBART
              United States District Judge
```

ORDER OF REMAND
PAGE -1