UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER EDWARD MILOR, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | CASE NO. C12-0933-JLR-MAT <br><br> REPORT AND RECOMMENDATION |

The Court previously remanded this matter pursuant to sentence six of 42 U.S.C. § 405(g). (Dkt. 21.) Defendant now presents an unopposed Motion to Reopen and enter judgment for plaintiff based on a fully favorable decision awarding benefits. (Dkts. 24-25.) Considering the fully favorable decision and unopposed motion, the Court recommends judgment be entered and this case closed, and that United States District Judge James L. Robart immediately approve this Report and Recommendation and direct the Clerk to enter judgment for plaintiff and close this case. A proposed order accompanies this Report and Recommendation.

DATED this 14th day of June, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1