UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER EDWARD MILOR, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | CASE NO. C12-0933-JLR <br><br> ORDER |

The parties filed an unopposed Motion to Reopen and enter judgment for plaintiff based on a fully favorable decision awarding benefits. (Dkts. 24-25.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) Judgment is entered in favor of plaintiff and this case is closed; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 18th day of June, 2018.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1