# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER EDWARD MILOR, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br><br> Defendant. | Case No. C12-0933JLR <br><br> ORDER ON PLAINTIFF'S MOTION FOR EAJA FEES |

This matter is before the court on Plaintiff Christopher Edward Milor's motion for attorneys' fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Mot. (Dkt. # 30).) Defendant Nancy A. Berryhill (the "Commissioner") has responded with no objection to the amounts sought by Mr. Milor, except as to estimated expenses of $12.00. (Resp. (Dkt. # 31).) The court GRANTS the motion, minus the challenged $12.00.

The court has discretion to grant or deny a request for attorneys' fees and costs pursuant to the EAJA. *Pierce v. Underwood*, 487 U.S. 552, 562-63 (1988). The EAJA authorizes payment of attorneys' fees to a prevailing party in an action against the United States, unless the court finds that the government's position on the merits in the litigation

was "substantially justified." 28 U.S.C. § 2412(d)(1)(A). The Commissioner does not contest that Mr. Milor is the prevailing party or argue that its position was substantially justified. (*See* Resp. at 1.)

Once the court determines that the plaintiff is entitled to attorneys' fees, it must then assess whether the fees and expenses sought are reasonable. *See Comm'r, I.N.S. v. Jean*, 496 U.S. 154, 161 (1990). Mr. Milor has itemized his time and costs here, including the filing fee of $350.00 and attorneys' fees of $1,564.01. (*See* Mot. at 12-15.) The Commissioner has stated no objection to these amounts. (*See* Resp. at 1.)

Mr. Milor also sought "approximately $12.00 for certified mail service of the summons/complaint on [the Commissioner]." (Mot. at 1.) The Commissioner objected to this amount as not adequately supported. (Resp. at 1-2.) Mr. Milor informed the court that he will not dispute the $12.00 amount, and therefore the court will not include it in its award.

Accordingly, it is hereby ordered:

1. Mr. Milor's motion (Dkt. # 30) is GRANTED.

2. Mr. Milor is awarded attorneys' fees and expenses pursuant to the EAJA in the total amount of $1,914.01.

3. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made payable directly to the attorney for Mr. Milor, Harvey Grad, and can be mailed to Mr. Grad, 1218 Third Avenue, Suite 1000, Seattle, WA 98101.

DATED this 3rd day of August, 2018.

JAMES L. ROBART
United States District Judge